IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **SEALED** |
| Plaintiff, | § § | CRIMINAL NO. EP-16-CR-01090-FM |
| v. | § § | **SUPERCEDING INDICTMENT** |
| JAVIER FRANCISCO ACOSTA (1), NANCY CALLEROS (2), CELENE CASTRO (3), MARGARITA HERRERA (4), CRYSTAL MARIN (5), and ALEJANDRA RODRIGUEZ (6), | § § § § § § § § § | CT 1: 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i)- Conspiracy to Harbor Aliens for Financial Gain; <br><br> CT 2: 8:1324(a)(1)(A)(iii) and (a)(1)(B)(i)- Harboring Aliens for Financial Gain; <br><br> CT 3: 8: 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i)- Conspiracy to Transport Aliens for Financial Gain |
| Defendants. | § § | CT 4:8: 1324(a)(1)(A)(ii) and (a)(1)(B)(i)- Transporting Aliens for Financial Gain |

THE GRAND JURY CHARGES:

**COUNT ONE**
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i))

On or about May 20, 2016, in the Western District of Texas, Defendant(s),

**JAVIER FRANCISCO ACOSTA,
NANCY CALLEROS,
CELENE CASTRO, and
MARGARITA HERRERA,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit an offense against the United States, namely: to conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection aliens, knowing and in reckless disregard of the fact that said aliens had come to, entered and remained in the United States in violation of law, all done for the purpose of

commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i).

### COUNT TWO
(8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i))

On or about May 20, 2016, in the Western District of Texas, Defendant(s),

**JAVIER FRANCISCO ACOSTA,**
**NANCY CALLEROS,**
**CELENE CASTRO, and**
**MARGARITA HERRERA,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, all for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(i).

### COUNT THREE
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about May 14, 2016, in the Western District of Texas, Defendant(s),

**CRYSTAL MARIN, and**
**ALEJANDRA RODRIGUEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit an offense against the United States, namely: to transport and move and attempt to transport and move such aliens within the United States in furtherance of said violation of law, all done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT FOUR
(8 U.S.C. §§ 1324 (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about May 14, 2016, in the Western District of Texas, Defendant(s),

**CRYSTAL MARIN, and
ALEJANDRA RODRIGUEZ,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, transported and moved and attempted to transport and move such aliens within the United States in furtherance of said violation of law, all done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324 (a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney