# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED** |
| | § | |
| **Plaintiff,** | § | CRIMINAL NO.  EP-16-CR-01090-FM |
| | § | |
| **v.** | § | **SUPERCEDING INDICTMENT** |
| | § | |
| ████████████████████ | § | ████████████████████ |
| ALEJANDRA RODRIGUEZ (6), | § | |
| | § | **CT 3: 8: 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i)- Conspiracy to Transport Aliens for Financial Gain** |
| **Defendants.** | § | |
| | § | **CT 4:8: 1324(a)(1)(A)(ii) and (a)(1)(B)(i)- Transporting Aliens for Financial Gain** |

THE GRAND JURY CHARGES:





## COUNT THREE
### (8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about May 14, 2016, in the Western District of Texas, Defendant(s),

### ALEJANDRA RODRIGUEZ,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit an offense against the United States, namely: to transport and move and attempt to transport and move such aliens within the United States in furtherance of said violation of law, all done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

**COUNT FOUR**
(8 U.S.C. §§ 1324 (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about May 14, 2016, in the Western District of Texas, Defendant(s),

███████████████████

**ALEJANDRA RODRIGUEZ,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained

in the United States in violation of law, transported and moved and attempted to transport and

move such aliens within the United States in furtherance of said violation of law, all done for the

purpose of commercial advantage and private financial gain, in violation of Title 8, United States

Code, Sections 1324 (a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney