IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | No. EP-16-CR-01090-FM |
| v. | § § | |
| ALEJANDRA RODRIGUEZ, | § § § | |
| Defendant. | § § | |

GOVERNMENT'S MOTION TO DETAIN DEFENDANTS
WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant has been charged with a violation of Title 8, United States Code, Section 1324, Alien Smuggling.

2. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____/s/ MCW_____
MICHAEL C. WILLIAMS
Assistant U.S. Attorney
Texas Bar#24076774
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884